<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
APRIL DENNIS,                      )
                                   )   Civil Action
           Plaintiff               )   No.  2011-cv-04300
                                   )
      vs.                          )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                                   )
           Defendant               )
                                   )
SOCIAL SECURITY ADMINISTRATION     )
                                   )
           Interested Party        )
```

O R D E R

NOW, this 5th day of February, 2013, upon consideration of the following documents:

    (1)    Decision of Administrative Law Judge Susan A. Flynn dated September 23, 2010;

    (2)    Notice of Appeals Council Action dated May 5, 2011;

    (3)    Complaint filed July 1, 2011;

    (4)    Answer filed September 1, 2011;

    (5)    Plaintiff's Brief and Statement of Issues, which brief and statement of issues was filed December 16, 2011;

    (6)    Defendant's Response to Request for Review of Plaintiff, which response was filed February 17, 2012; and

    (7)    Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski filed November 30, 2012;

after a through review of the record in this matter;  it appearing that neither party filed objections to Magistrate Judge

Sitarski's Report and Recommendation; it further appearing that Magistrate Judge Sitarski's Report and Recommendation correctly determined the legal and factual issues presented in this case,

      <u>IT IS ORDERED</u> that Magistrate Judge Sitarski's Report and Recommendation is approved and adopted.

      <u>IT IS FURTHER ORDERED</u> that the decision of the Commissioner is affirmed.

      <u>IT IS FURTHER ORDERED</u> that plaintiff's request for review is denied.

      <u>IT IS FURTHER ORDERED</u> that plaintiff's alternate request for remand is denied.

      <u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff April Dawn Dennis.

      <u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall close this civil action for statistical purposes.

      BY THE COURT:


      /s/ JAMES KNOLL GARDNER
      James Knoll Gardner
      United States District Judge