```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

APRIL DENNIS,                    )
                                 ) Civil Action
        Plaintiff                ) No.  2011-cv-04300
                                 )
    vs.                          )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
        Defendant                )
                                 )
SOCIAL SECURITY ADMINISTRATION   )
                                 )
        Interested Party         )
```

O R D E R

NOW, this 5th day of February, 2013, upon consideration of the following documents:

    (1)    Decision of Administrative Law Judge Susan A. Flynn dated September 23, 2010;

    (2)    Notice of Appeals Council Action dated May 5, 2011;

    (3)    Complaint filed July 1, 2011;

    (4)    Answer filed September 1, 2011;

    (5)    Plaintiff's Brief and Statement of Issues, which brief and statement of issues was filed December 16, 2011;

    (6)    Defendant's Response to Request for Review of Plaintiff, which response was filed February 17, 2012; and

    (7)    Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski filed November 30, 2012;

after a through review of the record in this matter; it appearing that neither party filed objections to Magistrate Judge

Sitarski's Report and Recommendation; it further appearing that Magistrate Judge Sitarski's Report and Recommendation correctly determined the legal and factual issues presented in this case,

	IT IS ORDERED that Magistrate Judge Sitarski's Report and Recommendation is approved and adopted.

	IT IS FURTHER ORDERED that the decision of the Commissioner is affirmed.

	IT IS FURTHER ORDERED that plaintiff's request for review is denied.

	IT IS FURTHER ORDERED that plaintiff's alternate request for remand is denied.

	IT IS FURTHER ORDERED that judgment is entered in favor of defendant Michael J. Astrue, Commissioner of Social Security, and against plaintiff April Dawn Dennis.

	IT IS FURTHER ORDERED that the Clerk of Court shall close this civil action for statistical purposes.

					BY THE COURT:


					/s/ JAMES KNOLL GARDNER
					James Knoll Gardner
					United States District Judge